145 Nov[r] 26th 1827 Supreme Court *Jasper Denslow plff in Error vs Asa Madison Deft in Error*

Larned & Torrey & Stevens attornies for plff in Er

Territory of Michigan Supreme Court Ss:

The United States of America *To Benjamin F. H. Witherell Esquire a Justice of the Peace within and for the County of Wayne* Greeting

We Being willing for certain reasons that our Judges of our Supreme [SEAL] Court of the Territory of Michigan aforesaid, should be certified what plaints are levied or affirmed in our Court before you against Jasper Denslow at the suit of Asa Madison in attachment, do therefore command you, that all and singular the said plaints, together with all things touching the same, you distinctly and openly send to our Judges of the said Supreme Court at the City of Detroit on the first monday of December next, as fully and amply as the same remains before you, by whatsoever names the parties may be called in the same, together with this writ, that the said Judges may cause to be done thereupon, what of right ought to be done.

Witness The Hon James Witherell Presiding Judge of the Supreme Court of the Territory of Michigan aforesaid at the city of Detroit this twenty Sixth day of November in the year of our Lord one thousand Eight hundred and twenty Seven—

JOHN WINDER
Clerk

The Execution of this writ appears by the Schedule hereto annexed Nov 29th 1827 B F H WITHERELL J. P. W. C. M. T.

145 of 1827 *Denslow vs Madison* assign[t] of Errors— Fil[d] in Court Dec. 6. 1827. Error 5th assigned & filed in open Court Dec. 8. 1827

Errors in the Case of
Madison vs Denslow, on Return of Certiorari.—

1. In this, that the said defendant ought to have been permitted to Shew that at the time the attachment issued he was resident in the City of Detroit in the Territory of Michigan, and not elsewhere, and that he had not concealed himself nor absconded; Whereas the Justice ruled and decided that it was incompetent to Shew this;—

2 And also in this, that the writ, *declaration* and other proceedings in said case, were against Jasper Denslow, and not against the firm of Mead and Denslow; and yet the said Justice permitted an Account against Mead and Denslow, as partners, & for which the partners only were liable, to be given in evidence in support of the *declaration*, against said Denslow solely; and proceeded and did render Judgment for the amount of said amount against said Denslow

3 And also in this that the defendants pleas were disregarded and held for nought on the ground that the same were not signed by Larned & Torrey his counsel;